IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| ex rel. DOUGLAS KNISELY et al. | : | |
| | : | |
| v. | : | |
| | : | |
| CINTAS CORPORATION, INC. | : | NO. 10-1193 |

ORDER

AND NOW, this 14th day of March, 2014, upon consideration of defendant

Cintas Corporation Inc.'s motion to dismiss (docket entry # 37), plaintiff Douglas Knisely's

response in opposition thereto, Cintas's motion for leave to file a reply to that response (docket

entry # 43), and Knisely's motion for leave to file a surreply (docket entry # 44), and for the

reasons articulated in the accompanying Memorandum, it is hereby ORDERED that:

1. The motion for leave to file a reply (docket entry # 43) is GRANTED;

2. The motion for leave to file a surreply (docket entry # 44) is GRANTED;

3. Cintas's motion to dismiss (docket entry # 37) is GRANTED IN PART

and DENIED IN PART in accordance with the accompanying Memorandum;

4. By noon on March 21, 2014, the parties shall jointly INFORM the Court

by facsimile (215-580-2156) whether settlement discussions with Magistrate Judge Hart would

likely be productive; and

5. Further scheduling shall ABIDE the Court's receipt of that submission.

BY THE COURT:


_/S/ STEWART DALZELL, J.
Stewart Dalzell, J.